AO-240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Plaintiff

V.

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:  ⁓ 0 7 - 4 4 ⁓ ⁓

I, ___LAVAR D Lewis___ declare that I am the (check appropriate box)
☐ **Petitioner/Plaintiff/Movant**  ☐ **Other** in the above-entitled proceeding; that in support of my
request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am
unable to pay the costs of these proceedings and that I am entitled to the relief sought in the
complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration

   Are you employed at the institution? ☐ Yes ☐ No

   Do you receive any payment from the institution? ☐ Yes ☐ No

FILED

JAN 22 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BY ScanVe a

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the
   institution(s) of your incarceration showing at least the past SIX months' transactions.  Ledger
   sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and
   give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home
   salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes ☐ No |
   | d. | Disability or workers compensation payments | ☐ Yes ☐ No |
   | e. | Gifts or inheritances | ☐ Yes ☐ No |
   | f. | Any other sources | ☐ Yes ☐ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount
   received *AND* what you expect you will continue to receive.

4.    Do you have any cash or checking or savings accounts?    ☐ Yes ☒ No

       If "Yes" state the total amount $ _____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or
       other valuable property?                                    ☐ Yes ☐ No

       If "Yes" describe the property and state its value.


6.    List the persons who are dependent on you for support, state your relationship to each person and
       indicate how much you contribute to their support, *OR* state *NONE* if applicable.


       I declare under penalty of perjury that the above information is true and correct.

       Date: _____        Signature of Applicant _____


# SEE ATTACHED
# SIX MONTH STATEMENT

INMATE ACCOUNT STATEMENT

**LAVAR LEWIS**
NAME

16-Aug-06
SCCC ADMIT DATE

442722
SBI#

DATE RELEASED

07 - 44

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | | BALANCE |
|---|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 1/11/2007 | $171.40 | | $0.00 | | $0.00 | $171.40 |
| 1/12/2007 | $0.00 | | $40.00 | R/B | $131.40 | $131.40 |
| 1/12/2007 | $0.00 | | $22.00 | medical | $109.40 | $109.40 |
| 1/17/2007 | $0.00 | | $1.50 | mail | $107.90 | $107.90 |
| 1/17/2007 | $0.00 | | $0.47 | law library | $107.43 | $107.43 |
| 1/17/2007 | $0.00 | | $107.00 | P2 | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| | $0.00 | | $0.00 | | $0.43 | $0.43 |
| TOTAL | $171.40 | | $170.97 | | | $0.43 |

$0.00
OPENING BALANCE
$0.43
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B          room/board owed from previous visits to SWRU
MED =        Visits to medical
TRANS =      transportation owed from previous visits
P2 =         Pay to's submitted thru business office
DG  =        Dollar General/commissary
TRANSF       Transfers to Other Institutions
SP. COURT    Superior Court
**TYPE OF DEPOSITS**
M/O  =       money orders received outside of institution
B/R  =       booking and receivng
CK  =        checks
CASH
I / W =      inmate wages



FILED

JAN 2 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

VIOLATION OF PROBATION/SCCC

## INMATE ACCOUNT STATEMENT

TO:     Inmate Name: _Lewis_     _Lavar_     _D_
                        (Last)              (First)          (M.I.)

SBI Number: _00 442722_
Housing Unit: _SVop     Pod 4_

FR:     Inmate Account Technician

DA:

RE:     Summary Of Account
● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

Attached is your account statement for the six month period of _8_ _2006_,
through _1 2007_, _____.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this
period is $ _26.71_ .

Attachment

Notary

## REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: _Lewis_     _Lavar_     _D_          SBI Number: _00 442722_
                        (Last)              (First)          (M.I.)

Housing Unit: _SVop     Pod 4_

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a
summary of my account transactions.

_LAVARD Lewis_
Inmate Signature                                        Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are
complete.

Date received by business office: _1 16 07_ .