(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Lewis Lavard
_____
(Enter above the full name of the plaintiff in this action)

V.

Cpl Hamrick David
_____

07 - 44 -

_____
(Enter above the full name of the defendant(s) in this action

FILED
JAN 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
IFP

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES [ ]   NO [X]

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1. Parties to this previous lawsuit

        Plaintiffs Lewis Lavar

        Defendants _____

2. Court (if federal court, name the district; if state court, name the county)
   State of Delaware ~~Super~~ Supreme Court

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✗] No [ ]

C. If your answer is YES,

   1. What steps did you take? I wrote A grivance Aginst this defendant warden At S.vop

   2. What was the result? Ive have not hurd nothing from Warden George

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✗] No [ ]

F. If your answer is YES,

   1. What steps did you take? _____

   2. What was the result? _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Lewis LAVAN Dorsey
Address 426 Voshell Mill Road Camden DE. 19946  647-7092 Hpone Nomber

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant  CPL Hamrick DAvid  is employed as  CPL S.vOp  at Georgetown DE 23207 Dupont Blvd

C. Additional Defendants

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

CPL Hum Rick told me to Leave Lonch Room and to go on the Footprins so i did he then told me to Stop moven my Hands why his Qassing me but it was not in no threating mener then he mast me And ponch me when I was Down. And I have Several Witness

-3-

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want officer Humrick to be dismissed from employment, And I want comptlension for Pain and Suffering and mental, and emotional anguish

Signed this 25 day of Decber , 19_____
12/25/06

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

11/10/07                           LAVAR Lewis
Date                               (Signature of Plaintiff)

-4-

Sussex Community Correction Center
23207 Dupont Blvd.
Georgetown, DE 19947
ATTN: Carol Lewis
SBI# 00442722



U.S. POSTAGE
GEORGETOWN, DE
19947
JAN 19, 07
AMOUNT
$0.63
0002594-06

Delaware District Court
J. Caleb Boggs Federal Bldg
844 N. King St.
Wilmington, DE 19801-3519

