IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAVAR DONTAY LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-44-GMS |
| | ) | |
| CPL. DAVID HAMRICK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, the plaintiff Lavar Dontay Lewis ("Lewis"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on February 6, 2007, this court entered an order granting Lewis leave to proceed *in forma pauperis* and requiring Lewis to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I. 4);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Lewis;

THEREFORE, at Wilmington this 10th day of April, 2007, IT IS HEREBY ORDERED that Lewis' complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE

FILED
APR 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE